

1

2

3

4

5

6

7

8

9

10

11

12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CR-425-LDG (PAL) |
| | ) | |
| MIHAI FLORIN MARC, | ) | |
| | ) | |
| Defendant. | ) | |

13

## PRELIMINARY ORDER OF FORFEITURE

14      This Court finds that on February 10, 2012, defendant MIHAI FLORIN MARC pled guilty to

15   Count Eight of a Nine-Count Criminal Indictment charging him with Aggravated Identity Theft, in

16   violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4) and 1029(a)(1). Docket

17   #8.

18      This Court finds defendant MIHAI FLORIN MARC agreed to the forfeiture of the property

19   set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea

20   Memorandum. #8.

21      This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22   has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

23   Criminal Indictment and Plea Memorandum and the offense to which defendant MIHAI FLORIN

24   MARC pled guilty.

25   . . .

26   . . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p):

a) approximately eight (8) Wal-Mart gift cards containing Chase Bank debit card account information for accounts:

    1) in the name of R.H., account number ending in X-8434;

    2) in the name of L.L., account number ending in X-0474;

    3) in the name of A.A., account number ending in X-8035;

    4) in the name of D.F., account number ending in X-4269;

    5) in the name of D.S., account number ending in X-6526;

    6) in the name of J.T., account number ending in X-7936;

    7) in the name of D.S., account number ending in X-6260;

    8) in the name of G.S., account number ending in X-3366;

and their corresponding Personal Identification Numbers (PINs).

b) approximately eighteen (18) Wal-Mart gift cards containing Chase Bank debit card account information for accounts:

    1) in the name of A.M., account number ending in X-6852;

    2) in the name of F.O., account number ending in X-1846;

    3) in the name of C.S., account number ending in X-6008;

    4) in the name of D.K., account number ending in X-3429;

    5) in the name of J.V., account number ending in X-0404;

    6) in the name of M.C., account number ending in X-2524;

    7) in the name of R.D., account number ending in X-2312;

    8) in the name of A.P., account number ending in X-8505;

    9) in the name of L.T., account number ending in X-5080;

10)   in the name of V.C., account number ending in X-5323;

11)   in the name of O.J., account number ending in X-9081;

12)   in the name of R.R., account number ending in X-1722;

13)   in the name of R.R., account number ending in X-0001;

14)   in the name of M.H., account number ending in X-2656;

15)   in the name of V.P., account number ending in X-9959;

16)   in the name of D.C., account number ending in X-7880;

17)   in the name of J.R., account number ending in X-9528;

18)   in the name of E.W., account number ending in X-9359; and

their corresponding Personal Identification Numbers (PINs).

c)   approximately twelve (12) counterfeit access devices containing unauthorized account information, Wal-Mart gift cards containing Chase Bank debit card account information for accounts:

1)   in the name of A.L., account number ending in X-8052;

2)   in the name of M.S., account number ending in X-8352;

3)   in the name of K.M., account number ending in X-1996;

4)   in the name of J.C., account number ending in X-7589;

5)   in the name of D.B., account number ending in X-3373;

6)   in the name of R.S., account number ending in X-6613;

7)   in the name of M.T., account number ending in X-8173;

8)   in the name of L.V., account number ending in X-5239;

9)   in the name of M.P., account number ending in X-8133;

10)   in the name of D.F., account number ending in X-8888;

11)   in the name of J.S., account number ending in X-7340;

12)   in the name of A.T., account number ending in X-6609; and

their corresponding Personal Identification Numbers (PINs);

d)    approximately two hundred and one (201) Wal-Mart gift cards containing unauthorized magnetic bank debit card account information and corresponding Personal Identification Numbers (PINs) for approximately two hundred and one (201) Chase Bank victim bank accounts;

e)    approximately two hundred and one (201) stolen credit and debit card account numbers, issued to persons other than the defendants, which were re-encoded on the magnetic strips of Wal-mart gift cards, and were bearing the accounts' corresponding Personal Identification Numbers (PINs); and

f)    an in personam criminal forfeiture money judgment of $43,000.00 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MIHAI FLORIN MARC in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5  following address at the time of filing:

6         Michael A. Humphreys
          Assistant United States Attorney
7         Daniel D. Hollingsworth
          Assistant United States Attorney
8         Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000
9         Las Vegas, Nevada 89101.

10    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12  following publication of notice of seizure and intent to administratively forfeit the above-described

13  property.

14    DATED this _10_ day of _Feb_____, 2012.

15

16

17

18  _____
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26